LANKFORD *v.* HOLTON *et al.*

No. 16648. MAY 12, 1949. REHEARING DENIED JUNE 16, 1949.

*W. C. Lankford,* for plaintiff.

*R. A. Moore* and *Memory & Memory,* for defendants.

ATKINSON, Presiding Justice. (After stating the foregoing facts.) Chester L. Lankford, as the transferee of Mattie L. Lankford, could acquire from her no better title than she had. In *Holton* v. *Lankford,* 195 *Ga.* 318 (24 S. E. 2d, 292), it was held that Mrs. Mattie L. Lankford had no title, either legal or equitable, to the land in question. In *Lankford* v. *Holton,* 196 *Ga.* 631 (27 S. E. 2d, 310), it was held that questions previously determined by former litigation could not be relitigated. In *Lankford* v. *Holton,* 204 *Ga.* 192 (48 S. E. 2d, 833), it was again held that title to this land could not be relitigated by Mrs. Mattie L. Lankford. Chester L. Lankford, as transferee of Mrs. Mattie L. Lankford, would stand in no better position than his transferor, and accordingly the trial court did not err in sustaining a general demurrer to the petition.

*Judgment affirmed. All the Justices concur.*